# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JUAN GUERRERO AND** | § | |
| **DIANA GUERRERO** | § | |
|     **Plaintiffs,** | § | |
| | § | |
| | § | **CASE NO.** _7:17-cv-214_ |
| **v.** | § | |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **RAFAEL M. NAVARRO,** | § | |
|     **Defendants.** | § | |

---

**INDEX OF MATTERS BEING FILED**
**AND LIST OF ALL COUNSEL OF RECORD**

---

       Defendant State Farm Lloyds, ("Defendant"), submits this *Index of Matters Being Filed and List of All Counsel of Record* pursuant to Local Rule 81 of the United States District Court for the Southern District of Texas.   Pursuant to the Local Rule 81, the following items are being filed with the *Notice of Removal* filed by Defendant:

1.     Index of Matters Being Filed and List of All Counsel of Record;

2.     Copies of all executed process, pleadings asserting causes of action and all orders signed by the state judge as follows:

      A.    Plaintiffs' Original Petition, filed January 12, 2017 (attached as Exhibit 1-A);

      B.    Service to State Farm Lloyds on May 5, 2017 (attached as Exhibit 1-B);

      C.    State Farm Lloyds' Original Answer, filed May 26, 2017 (attached as Exhibit 1-C);

      D.    State Farm Lloyds' First Amended Answer, filed May 30, 2017 (attached as Exhibit 1-D);

3.     A copy of the state court docket sheet (attached as Exhibit 1-E).

The parties' respective attorneys are as follows:

A.    ATTORNEYS FOR PLAINTIFF:

Larry W. Lawrence, Jr.
State Bar No. 00794145
Michael Lawrence
State Bar No. 24055826
**LAWRENCE LAW FIRM**
3112 Windsor Rd., Suite A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 (fax)

Dan Cartwright
State Bar No. 03942500
Lory Sopchak
State Bar No. 24076706
**CARTWRIGHT LAW FIRM, LLP**
1300 Post Oak Blvd, Suite 760
Houston, Texas 77056
(713) 840-0950
(713) 840-0046 (fax)

B.    ATTORNEYS FOR DEFENDANT:

Sarah Nicolas
TSBN 24013543/SDOT 32122
**ATLAS, HALL & RODRIGUEZ, LLP**
11940 Jollyville Rd., Suite 125-S
Austin, Texas 78759
512-583-0579 – Phone
512-291-3909 – Fax
snicolas@atlashall.com - Email

**Of Counsel:**
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
Sofia A. Ramon
TSBN 00784811/SDOT 20871
**ATLAS, HALL & RODRIGUEZ, LLP**
818 W. Pecan Blvd. (78501)
P.O. Box 3275
McAllen, Texas 78502
(956) 682-5501 – Phone
(956) 686-6109 – Fax

Dated: June 1, 2017

Index of Matters Being Filed                          2 of 2