United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

JUAN GUERRERO AND           §
DIANA GUERRERO

versus                      §   CIVIL ACTION No. 7:17-214

STATE FARM LLOYDS AND       §
RAFAEL M. NAVARRO

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your Motion to Dismiss with Prejudice (D.E. #5); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❏ Document is not signed (L.R. 11.3).

2. ❏ Document does not comply with L.R.11.3.A.

3. ❏ Caption of the document is incomplete (L.R.10.1).

4. ❏ No certificate of service or explanation why service is not required (L.R. 5.3).

5. **X** Motion does not comply with L.R.7

   a.   **X**   No statement of opposition or non-opposition (L.R. 7.1.D(2)).

   b.   **X**   No statement of conference between counsel (L.R. 7.1.D(1)).

   c.   ❏   No separate proposed order attached (L.R. 7.1.C).

6. ❏ Motion to consolidate does not comply with L.R.7.6.

7. ❏ Other: _____

Date: 7/26/17

The document is stricken from the record.

_Ricardo H. Hinojosa_
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE