IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN GUERRERO AND | § | |
| DIANA GUERRERO | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 7:17-cv-00214 |
| | § | |
| STATE FARM LLOYDS AND | § | |
| RAFAEL M. NAVARRO, | § | |
|     Defendants. | § | |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JUAN GUERRERO and DIANA GUERRERO, Plaintiffs in the above-entitled and numbered cause, and files this Unopposed Motion to Dismiss with Prejudice, and would respectfully show unto this Honorable Court the following:

I.

Plaintiffs JUAN GUERRERO and DIANA GUERRERO has settled and resolved all claims and causes of action against STATE FARM LLOYDS and RAFAEL M. NAVARRO, made the basis of this lawsuit. There are no cross claims or third party claims which have been filed against Defendants STATE FARM LLOYDS and RAFAEL M. NAVARRO. Plaintiff further moves that costs of Court be taxed against the party incurring same.

II.

Accordingly, Plaintiffs JUAN GUERRERO and DIANA GUERRERO respectfully requests that this Court dismiss, in their entirety, Plaintiffs' claims and causes of action against Defendants STATE FARM LLOYDS and RAFAEL M. NAVARRO, with full prejudice to the re-filing of same, and that all costs of Court be taxed against the party incurring same.

Respectfully submitted,

**Cartwright Law Firm, LLP**
1300 Post Oak Blvd, Suite 760
Houston, Texas 77056
Telephone:    (713) 840-0950
Telecopier:    (713) 840-0046

By: _____
Dan Cartwright
State Bar No. 03942500
Lory Sopchak
State Bar No. 24076706
lory@dcartwrightlaw.net
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF CONFERENCE

I certify that the parties have conferred and Defendants are unopposed to the relief requested in this Motion.

_____
Lory Sopchak

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on the following counsel of record this 27th day of July, 2017.

Sofia A. Ramon
sramon@ramonworthington.com
Dan K. Worthington
dworthington@ramonworthington.com
Elizabeth Sandoval Cantu
ecantu@ramonworthington.com
**RAMÓN | WORTHINGTON**
900 Kerria
McAllen, Texas 78501
(956) 294-4800 – Phone

Electronic Service to:
efile@ramonworthington.com

**ATTORNEYS FOR DEFENDANT**

_____
Lory Sopchak