IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JUAN GUERRERO AND** | § | |
| **DIANA GUERRERO** | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CASE NO. 7:17-cv-00214 |
| | § | |
| **STATE FARM LLOYDS AND** | § | |
| **RAFAEL M. NAVARRO,** | § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, STATE FARM LLOYDS and RAFAEL M. NAVARRO, Defendants in the above-entitled and numbered cause, and JUAN GUERRERO and DIANA GUERRERO, Plaintiffs in the above-entitled and numbered cause, and file this Unopposed Notice of Settlement, and would respectfully show unto this Honorable Court the following:

1. Plaintiffs and Defendants have recently reached a settlement.

2. Plaintiffs and Defendants have filed an Unopposed Motion to Dismiss with the Court and are awaiting the Court's signature on the Order of Dismissal.

3. There is an Initial Pretrial and Scheduling Conference set for Thursday, August 10, 2017 at 2:30 p.m.

4. Plaintiffs and Defendants would respectfully request that this setting be removed from the docket.

*(signature page to follow)*

Respectfully submitted,

/s/ *Sarah A. Nicolas* \_\_\_\_\_
Sarah A. Nicolas
TSBN 24013543/SDOT 32122
snicolas@ramonworthington.com
**RAMON | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
956-294-4800– Phone

Electronic Service to:
efile@ramonworthington.com

**ATTORNEY IN CHARGE FOR DEFENDANT**

**Of Counsel:**
Dan K. Worthington
TSBN 00785282 / SDOTBN 15353
Sofia A. Ramon
TSBN 00784811/SDOT 20871
**RAMON | WORTHINGTON, PLLC**
900 Kerria Ave.
McAllen, Texas 78501
956-294-4800– Phone

**Cartwright Law Firm, LLP**
1300 Post Oak Blvd, Suite 760
Houston, Texas 77056
Telephone:     (713) 840-0950
Telecopier:     (713) 840-0046

By:     */s/ Lory Sopchak*_____
Dan Cartwright
State Bar No. 03942500
Lory Sopchak
State Bar No. 24076706
lory@dcartwrightlaw.net
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I certify that the parties have conferred and neither party is opposed to the relief requested in this Motion.

*/s/ Sarah A. Nicolas*_____
Sarah A. Nicolas

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on the following counsel of record this 7th day of August 2017.

    Dan Cartwright
    Lory Sopchak
    lory@dcartwrightlaw.net
    **Cartwright Law Firm, LLP**
    1300 Post Oak Blvd, Suite 760
    Houston, Texas 77056
    Telephone:     (713) 840-0950
    Telecopier:     (713) 840-0046
    **ATTORNEYS FOR PLAINTIFFS**

                                                            */s/ Sarah A. Nicolas*
                                                              Sarah A. Nicolas