United States District Court
Southern District of Texas
**ENTERED**
September 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN GUERRERO AND<br>DIANA GUERRERO<br>    Plaintiffs, | §<br>§<br>§<br>§ | |
| v. | § | CASE NO. 7:17-cv-00214 |
| STATE FARM LLOYDS AND<br>RAFAEL M. NAVARRO,<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER OF DISMISSAL

On this the 29th day of September, 2017, the Court considered the Unopposed Motion to Dismiss with Prejudice in the above-styled and numbered lawsuit. After reviewing the Motion, *at the request of the Parties* the Court is of the opinion that the claims and causes of action of Plaintiffs against Defendants STATE FARM LLOYDS and RAFAEL M. NAVARRO should be **DISMISSED, WITH ~~_____~~ PREJUDICE**. It is therefore ORDERED, ADJUDGED and DECREED, that Plaintiffs' Motion to Dismiss with Prejudice is **GRANTED** and Defendants STATE FARM LLOYDS and RAFAEL M. NAVARRO are hereby **DISMISSED, WITH ~~_____~~ PREJUDICE**, from this lawsuit and Plaintiffs are barred from re-filing any claims and/or causes of action against Defendants STATE FARM LLOYDS and RAFAEL M. NAVARRO at a later date. All costs of court are assessed against party incurring same.

SIGNED the 29th day of September, 2017 at McAllen, Texas

_____
JUDGE PRESIDING

cc:   - Dan Cartwright, Lori Sopchak, Lory@dcartwrightlaw.net; Larry W. Lawrence, Jr., Michael Lawrence, Lawrencefirm@gmail.com; Fax: (713) 840-0046; Cartwright Law Firm, LLP, 1300 Post Oak Blvd, Suite 760, Houston, Texas 77056.
   - efile@ramonworthington.com; Sofia Ramon, sramon@ramonworthington.com; Dan Worthington, dworthington@ramonworthington.com; Elizabeth Sandoval Cantu, ecantu@ramonworthington.com, RAMÓN | WORTHINGTON, 900 Kerria, McAllen, Texas 78501

*Motion and Order of Dismissal With Prejudice*